UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bodega Investments LLC, By and Through Louis P. Kreisberg, Its Tax Matters Partner<br><br>Plaintiff,<br><br>-v-<br><br>United States of America<br><br>Defendant. | ECF CASE<br><br>Case No. 08 CV 4065<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Bodega Investments, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no such corporations.

**Date:** April 30, 2008

**Signature of Attorney**

**Attorney Bar Code:** BW-7036

Form Rule7_1.pdf  SDNY Web 10/2007