AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

BODEGA INVESTMENTS, LLC, By And Through
LOUIS P. KREISBERG, Its Tax Matters Partner

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA

CASE NUMBER:

08 CIV 4065

TO: (Name and address of Defendant)

United States Attorney's Office
for the Southern District of New York
c/o Civil Process Clerk
86 Chambers Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kostelanetz & Fink, LLP
7 World Trade Center
New York, New York 10007
Attn: Brian C. Wille

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 30 2008

CLERK                                                 DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4/30/2008 |
| NAME OF SERVER *(PRINT)*<br>Christopher M. Ferguson | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
Service on the United States of America was effected by serving the Civil Process Clerk for the United States Attorneys Office for the Southern District of New York by Certified Mail pursuant to FRCP 4(i)(1)(A)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____5/7/2008_____    _____[signature]_____
              Date                  Signature of Server

Kostelanetz & Fink, LLP
7 World Trade Center, New York, New York 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Postmark Here APR 30 2008

Sent To _Civil Process Clerk - US Attorney's Office_
Street, Apt. No.; or PO Box No. _300 - 86 Chambers St_
City, State, ZIP+4 _NY, NY 10007_