Judge Berman UNITED STATES DISTRICT COURT

_____Southern_____   District of   _____New York_____

BODEGA INVESTMENTS, LLC, By And Through
LOUIS P. KREISBERG, Its Tax Matters Partner

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 40

TO: (Name and address of Defendant)

Michael B. Mukasey, Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kostelanetz & Fink, LLP
7 World Trade Center
New York, New York 10007
Attn:  Brian C. Wille

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 3 0 2008

CLERK _____    DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/30/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Christopher M. Ferguson | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Service on the United States of America was effected by serving Attorney General Michael B. Mukasey by Certified Mail to the address on the Summons pursuant to FRCP 4(i)(1)(B)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     5/7/2008
             Date           *Signature of Server*

                     Kostelanetz & Fink, LLP
                     7 World Trade Center, New York, New York 10007
                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.99 |
|---|---|
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Sent To *Michael B. Mukasey - AG of the US*
Street, Apt. No.; or PO Box No. *US Dept of Justice - 900 Pennsylvania Ave*
City, State, ZIP+4