AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

BODEGA INVESTMENTS, LLC, By And Through
LOUIS P. KREISBERG, Its Tax Matters Partner

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4065

Judge Berman

TO: (Name and address of Defendant)

Commissioner of Internal Revenue
c/o Office of Chief Counsel
Internal Revenue Service
Washington, DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kostelanetz & Fink, LLP
7 World Trade Center
New York, New York 10007
Attn: Brian C. Wille

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 30 2008

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/30/2008 |
| NAME OF SERVER *(PRINT)* <br> Christopher M. Ferguson | TITLE <br> Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   Service on the United States of America was effected by serving the Commissioner of Internal Revenue, c/o the Office of Chief Counsel by Certified Mail to the address on the Summons pursuant to FRCP 4(i)(1)(C)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/7/2008
             Date                 Signature of Server

Kostelanetz & Fink, LLP
7 World Trade Center, New York, New York 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7005 0390 0005 8752 4948

| Postage | $ 1.99 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.79 |

Sent To: Comm. of Internal Revenue - Off. of Ch. Counsel
Street, Apt. No.: Internal Revenue Service
or PO Box No.
City, State, ZIP+4: Washington, DC 20224

PS Form 3800, June 2002