05/05/08  14:09 FAX                    JUDGE BERMAN                              ☐004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BODEGA INVESTMENTS, LLC
                Plaintiff(s),                    **Case Management Plan**

         - v -                                   08 CV. 4065 (RMB)

UNITED STATES OF AMERICA
                Defendant(s).
------------------------------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _August 15, 2008_

(ii)   Amend the pleadings by _August 15, 2008_

(iii)  All discovery to be **expeditiously** completed by _~~December 31, 2008~~_ 11/10/08

(iv)   Consent to Proceed before Magistrate Judge _No_

(v)    Status of settlement discussions _No settlement discussions have occurred._ 11/13/08 @ 9:30 w. th pmupates

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions_____

(vii)  Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____


SO ORDERED: New York, New York
            6/10/08
                                                    _RMB_
                                                    Hon. Richard M. Berman, U.S.D.J.

            [USDC SDNY stamp]
                 6-10-08