```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BODEGA INVESTMENTS, LLC, A           :
Delaware Limited Liability Company,
By And Through LOUIS P. KREISBERG    :
Its Tax Matters Partner,
                                     :
            Plaintiff,                       ORDER
                                     :
         -against-                           08 Civ. 4065 (RMB)(MHD)
                                     :
UNITED STATES OF AMERICA,
                                     :
            Defendant.
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Plaintiffs are hereby **ORDERED** to produce the documents at issue in defendant's motion to compel to the court for in camera review.

Dated: New York, New York
       April 24, 2009

                            SO ORDERED.

                            MICHAEL H. DOLINGER
                            UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Brian Carter Wille, Esq.
Bryan C. Skarlatos, Esq.
Kostelanetz & Fink, LLP
7 World Trade Center
New York, NY 10007

Daniel Post Filor, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007